Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  22−13616−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Avraham Save
   22 Mountain Way
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0485

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 29, 2022.

Dated: July 29, 2022
JAN: zlh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-13616-JKS
Avraham Save  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jul 29, 2022      Form ID: plncf13      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avraham Save, 22 Mountain Way, West Orange, NJ 07052-3717 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, 130 Clinton Road,, Suite 202, Fairfield, NJ 07004-2927 |
| 519573102 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2022 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2022 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519657652 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Deutsche Bank National Trust Company,, c/o Nationstar Mortgage LLC,, ATTN: Bankruptcy Dept.,, PO Box 619096, Dallas, TX 75261-9096 |
| 519573104 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519573107 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, Attn: Bankruptcy, P0 Box 619098, Dallas, TX 75261-9098 |
| 519573105 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519573109 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, P0 Box 619094, Dallas, TX 75261-9094 |
| 519573108 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 519573106 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 519573112 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 519573114 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 519573110 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 519573111 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 519573113 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2022 20:57:00 | Nationstar Mortgage / Mr. Cooper, PO Box |

Case 22-13616-JKS    Doc 27    Filed 07/31/22    Entered 08/01/22 00:16:20    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: plncf13 | Total Noticed: 17 |

650783, Dallas, TX 75265-0783

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519573103 | ##+ | KML Law Group PC, 216 Hadden Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-9 hkaplan@rasnj.com, informationathnk@aol.com |
| Herbert B. Raymond | on behalf of Debtor Avraham Save herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5