# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9

CASE NO. 22-13616 JKS
CHAPTER 13
Judge: John K. Sherwood

In re:

Avraham Save

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 09/06/2006

I, Chastity Wilson, employed as Assistant Secretary by Nationstar Mortgage LLC, for Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9, hereby certifies the following information:
Recorded on October 5, 2006 in Essex County, in Book 11554, at Page 470.
Property Address: 22 Mountain Way, West Orange NJ 07052.

Mortgage Holder: Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9

Mortgagor(s)/ Debtor(s): Avraham Save

POST-PETITION PAYMENTS (Petition filed on May 03, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 11/19/2022. | | | - |
| $6,192.57 | 11/01/2022 | | $0.00 | | - |
| $6,192.57 | 12/01/2022 | | $0.00 | | - |
| Total Due: $12,385.14 | | Total Received: $0.00 | | Arrears: $12,385.14 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $6,192.57
Arrears: $12,385.14

Each current monthly payment is comprised of:
    Principal & Interest:  $4,398.37
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $1,794.20  (Specify: Escrow)
    TOTAL  $6,192.57

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

PRE-PETITION ARREARS: $235,344.37

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 4, 2023

Signature

Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
Affiant