UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-9 |
| In Re:<br>Avraham Save<br>                    Debtor |

Case No:    22-13616 JKS

Chapter:    13

Judge:    John K. Sherwood

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐  Represent the _____ in the above-captioned matter.

   ☒  am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐  am the _____ in the above case and am representing myself.

2. On 01/04/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 01/04/2023            /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Avraham Save<br>22 Mountain Way<br>West Orange, NJ 07052 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Herbert B. Raymond Esq.<br>7 Glenwood Avenue (VIA ECF)<br>Suite #408, 4th Floor<br>East Orange, NJ 07017 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |