HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   AVRAHAM SAVE
      22 MOUNTAIN WAY
      WEST ORANGE,  NJ  07052

Atty:   HERBERT B. RAYMOND, ESQ.
        7 GLENWOOD AVENUE
        4TH FLOOR SUITE 408
        EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-13616

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $500.00 | RAYMOND 03320 | 07/15/2022 | $500.00 | RAYMOND 03326 |
| 08/16/2022 | $500.00 | RAYMOND 03330 | 09/21/2022 | $500.00 | RAYMOND 003336 |
| 10/18/2022 | $500.00 | RAYMOND 003341 | 11/15/2022 | $500.00 | RAYMOND 001226 |
| 12/13/2022 | $500.00 | RAYMOND 001243 | | | |

**Total Receipts: $3,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 152.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 3,347.50 | 1,402.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | NATIONSTAR MORTGAGE LLC | (NEW) MTG Agree | 31,500.85 | 100.00% | 0.00 | 31,500.85 |

**Total Paid:  $3,500.00**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $3,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,500.00    =    Funds on Hand: $0.00

**Chapter 13 Case # 22-13616**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.