Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−13616−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Avraham Save
   22 Mountain Way
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0485

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/9/23 at 10:00 AM

to consider and act upon the following:

*41* − Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Irene Save filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS−THROUGH CERTIFICATES, SERIES 2006−9, Motion for Relief from Stay re: re: 22 Mountain Way, West Orange, NJ, 07052. Fee Amount $ 188., 35 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS−THROUGH CERTIFICATES, SERIES 2006−9. Objection deadline is 01/18/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*43* − Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:28 Motion for Relief from Co−Debtor Stay of Irene Save filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS−THROUGH CERTIFICATES, SERIES 2006−9, Motion for Relief from Stay re: re: 22 Mountain Way, West Orange, NJ, 07052. Fee Amount $ 188., 35 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS−THROUGH CERTIFICATES, SERIES 2006−9. Objection deadline is 01/18/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS−THROUGH CERTIFICATES, SERIES 2006−9) filed by Herbert B. Raymond on behalf of Avraham Save. (Raymond, Herbert)

Dated: 1/19/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court